UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-33-GWU

ROGER D. NOBLE,                                                              PLAINTIFF,

VS.                                    **MEMORANDUM OPINION**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                       DEFENDANT.

The plaintiff has filed a motion for an award of fees under the Equal Access to Justice Act (EAJA), requesting compensation for 15 hours of work at the rate of $130.00 per hour. He also assigned payment of any fees directly to his attorney. Docket Entry No. 17.

Being persuaded by the arguments of the Commissioner regarding the hourly rate for the Southern Division at Pikeville not exceeding $100.00, and that only one hour should be allowed for preparation of the EAJA petition, the plaintiff's motion will be granted to the extent that counsel will be awarded a fee of $1,300.00 (13 hours x $100.00 per hour).

The defendant also requests that the fees be paid to the plaintiff rather than counsel, but in view of the assignment executed by Mr. Noble at Docket Entry No. 17, Attachment No. 13, a direct award to counsel will be made.

A separate order will enter reflecting the above.

This the 11th day of March, 2008.



Signed By:

G. Wix Unthank

**United States Senior Judge**