UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-33-GWU

ROGER D. NOBLE, PLAINTIFF,

VS.   **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that the plaintiff's motion for attorney fees under the Equal Access to Justice Act is GRANTED to the extent that the plaintiff's counsel is awarded $1,300.00 in fees (13 hours x $100.00 per hour), with said fees to be paid directly to counsel for the plaintiff.

This the 11th day of March, 2008.



Signed By:
**G. Wix Unthank**
**United States Senior Judge**